# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 7:12-CR-31-HL |
| vs. : | |
| : | |
| JACQUELYN G. KELLY : | |

## Order of Dismissal Without Prejudice

For good cause shown and with the agreement of the defendant and his counsel, all charges against defendant Jacquelyn G. Kelly are hereby dismissed without prejudice.

The government, joined by the defendant, has moved to dismiss the charges without prejudice. A written pre-trial diversion agreement has been entered with the United States Attorney's Office and the United States Probation Office. Upon the successful completion of pre-trial diversion, the government will then file a Motion to Dismiss with prejudice.

SO ORDERED, this 5th day of June, 2013.

                                                    s/ Hugh Lawson
                                                    HONORABLE HUGH LAWSON
                                                    UNITED STATES DISTRICT JUDGE