IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:12-CR-31-HL |
| | : | |
| JACQUELYN KELLY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Government's Motion to Dismiss the Indictment in the instant case with prejudice having been read and considered, leave of Court is hereby GRANTED and the filing of the foregoing dismissal is hereby ORDERED, this 10th day of July, 2013.

s/Hugh Lawson
HONORABLE HUGH LAWSON
UNITED STATES DISTRICT JUDGE